## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:06-CR-105 |
| | § | |
| JASON LAMAR KAY | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report and Recommendation of United States Magistrate Judge. No objections to the Report of the United States Magistrate Judge were filed.

It is, therefore, **ORDERED** that the "Report and Recommendation of United States Magistrate Judge" is **ADOPTED** and the Defendant's motion (Docket No. 55) is **DENIED**.

So **ORDERED** and **SIGNED** this **23** day of **July, 2008.**

_____
Ron Clark, United States District Judge